UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/11

-------------------------------------------------------------X

RUBEN VARGAS,

Plaintiff,

08 **CIVIL** 9512 (GBD)

-against-

**JUDGMENT**

MORGAN STANLEY, MORGAN STANLEY &
CO., INCORPORATED, and JOHN
ROBINSON, in his official capacity and
individual capacities,

Defendants.

-------------------------------------------------------------X

Whereas on remand by the Second Circuit Court of Appeals for a determination by this

Court as to whether to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1376(c) to

independently reconsider plaintiff's claims under the NYCHRL, or to dismiss without prejudice to

refiling in state court, and the matter having come before the Honorable George B. Daniels, United

States District Judge, and the Court, on September 23, 2011, having rendered its Memorandum

Decision and Order granting defendants' motion for summary judgment as to plaintiff's claims

asserted under the NYCHRL, and dismissing the case with prejudice in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Decision and Order dated September 23, 2011, defendants' motion for

summary judgment with respect to plaintiff's claims asserted under the NYCHRL is granted, and

the case is dismissed with prejudice in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
September 27, 2011

**RUBY J. KRAJICK**

Clerk of Court

BY:

Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____