UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
RUBEN VARGAS,

                      Plaintiff,

          - against -

MORGAN STANLEY, MORGAN STANLEY &
CO., INCORPORATED, and JOHN ROBINSON, in
his official and individual capacities

                      Defendants.
------------------------------------------------------------------- x

Civ: 08-CV-9512 (GBD)

**NOTICE OF APPEAL**

      Notice is hereby given that Plaintiff Ruben Vargas hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order granting Defendants' motion for summary judgment on Plaintiff's claims for discrimination under the New York City law, entered in this action on September 23, 2011, and from the Judgment entered in this action on September 27, 2011. Pursuant to Local Civil Rule 83.8, the names of the parties and the names and addresses of their respective attorneys of record are follows:

Counsel for Plaintiff:
Kenneth P. Thompson, Esq.
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

Counsel for Defendants:
J. Michael Riordan, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
130 Mount Kemble Avenue, P.O. Box 2075
Morristown, NJ 07962

Dated: October 3, 2011

Respectfully submitted,

THOMPSON WIGDOR LLP

By: _____
Kenneth P. Thompson

85 Fifth Avenue
New York, NY 10003
Telephone:   (212) 257-6800

*Attorneys for Plaintiff*